United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS LORIS LENGUA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03261 |
| | § | |
| FIELD OFFICE DIRECTOR, et al. | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Remand filed by Defendants. For the reasons stated in the motion and any arguments of counsel, the motion is **GRANTED**.

This case is **REMANDED** to USCIS for adjudication of Plaintiff's naturalization application.

The Clerk is **ORDERED** to **CLOSE** this case.

Plaintiff may petition the Court to reopen or reinstate its Petition if USCIS fails to timely review and adjudicate Plaintiff's naturalization application.

It is so ORDERED.

June  30, 2026
Date

The Honorable Sim Lake
United States District Judge