United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Carlos Loris Lengua | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-3261 |
| | § | |
| Field Office Director, et al., | § | |
| | § | |
| Respondents. | § | |

## O R D E R

It is **ORDERED** that Respondents **SHALL** file an expedited response to Petitioner's Motion to Reinstate Petition (docket no. 14) **by July 31, 2026.**

**SIGNED** at Houston, Texas, on the 22nd day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE