United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CARLOS LORIS LENGUA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03261 |
| | § | |
| FIELD OFFICE DIRECTOR, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Unopposed Motion to Continue Response Deadline filed by Defendants. For the reasons stated in the motion and any arguments of counsel, the motion is GRANTED.

Defendants shall file their response to Plaintiff's Motion to Reinstate Petition by **August 4, 2026**.

It is so ORDERED.

July 31, 2026
_____
Date

_____
The Honorable Sim Lake
United States District Judge