United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Carlos Loris Lengua, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-3261 |
| | § | |
| Field Office Director, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER OF ADOPTION**

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 23) dated October 6, 2026, and Plaintiff, Carlos Loris Lengua's objections (docket no. 24) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Carlos Loris Lengua's Motion to Reinstate his Petition for Hearing on Naturalization (docket no. 14) is **DENIED**.

It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this the 15th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE